# EXHIBIT 5

```
 1  ROD M. FLIEGEL, Bar No. 168289
    ALISON S. HIGHTOWER, Bar No. 112429
 2  GILBERT A. CASTRO, Bar No. 269872
    LITTLER MENDELSON, P.C.
 3  333 Bush Street, 34th Floor
    San Francisco, CA  94104
 4  Telephone:    415.433.1940
    Fax No.:       415.399.8490
 5
    Attorneys for Defendant
 6  PPG INDUSTRIES, INC.
```

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| THOMAS MARTINEZ and MICHAEL CABRERA, individually and as representatives of the Class,<br><br>Plaintiffs,<br><br>v.<br><br>PPG INDUSTRIES, INC.,<br><br>Defendant. | Case No. RG16809889<br><br>**NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION (RG16809889) TO FEDERAL COURT UNDER 28 U.S.C. §§ 1331, 1441(a), & 1446 BY DEFENDANT PPG INDUSTRIES, INC.**<br><br>Complaint Filed:   April 1, 2016 |

**TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF ALAMEDA:**

PLEASE TAKE NOTICE that on May 11, 2016, Defendant PPG INDUSTRIES, INC. filed a Notice of Removal of Civil Action with the office of the Clerk of the United States District Court in and for the Northern District of California pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446. Attached as **Exhibit 1** and incorporated herein by reference is a true and correct copy of said Notice of Removal of Civil Action (Case No. RG16809889).

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the filing of this Notice of Removal of Civil Action with the United States District Court, together with the filing of the Notice to State Court of Removal of Civil Action with this Court, effects the removal of this action (No. RG16809889) and this Court may proceed no further unless and until the federal court remands the case.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

1.                                                                   Case No. RG16809889
NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION

Dated: May 11, 2016

*Alison S. Hightower*
ROD M. FLIEGEL
ALISON S. HIGHTOWER
GILBERT A. CASTRO
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PPG INDUSTRIES, INC.

Firmwide:140144913.2 034801.2117

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2.

Case No. RG16809889

NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION