1  ROD M. FLIEGEL, Bar No. 168289
   ALISON S. HIGHTOWER, Bar No. 112429
2  GILBERT A. CASTRO, Bar No. 269872
   LITTLER MENDELSON, P.C.
3  333 Bush Street, 34th Floor
   San Francisco, CA  94104
4  Telephone:    415.433.1940
   Fax No.:       415.399.8490
5
   Attorneys for Defendant
6  PPG INDUSTRIES, INC.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | THOMAS MARTINEZ and MICHAEL        | Case No.  3:16-cv-2535
   | CABRERA, individually and as
11 | representatives of the Class,      | **DEFENDANT PPG INDUSTRIES, INC.'S**
                                        | **DEMAND FOR JURY TRIAL**
12 |        Plaintiffs,                 |

13 |   v.                               |

14 | PPG INDUSTRIES, INC.,              |

15 |        Defendant.                  |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Case No. 3:16-cv-2535

DEMAND FOR JURY TRIAL

Defendant PPG Industries, Inc. hereby demands a trial by jury in this action of all issues triable by a jury.

Dated: May 11, 2016

*/s/ Alison S. Hightower*
ROD M. FLIEGEL
ALISON S. HIGHTOWER
GILBERT A. CASTRO
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PPG INDUSTRIES, INC.

Firmwide:140378931.1 034801.2117

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

1.

Case No. 3:16-cv-2535

DEMAND FOR JURY TRIAL