# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Thomas Martinez and Michael Cabrera, individually and as representatives of the Class, )
　　　　　　　　　　Plaintiff(s), )

v. )

PPG Industries, Inc., )
　　　　　　　　　　Defendant(s). )

Case No: 3:16-cv-02535-JSC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Anna P. Prakash, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Laura L. Ho, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Nichols Kaster, PLLP; 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402 | Goldstein, Borgen, Dardarian & Ho; 300 Lakeside Drive, Suite 1000, Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (612) 256-3200 | (510) 763-9800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| aprakash@nka.com | lho@gbdhlegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0351362.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 5/20/2016　　　　　　　　　　　　　　　　Anna P. Prakash
　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Anna P. Prakash is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 23, 2016

　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ANNA PURNA PRAKASH

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 14, 2005

Given under my hand and seal of this court on

October 06, 2015

Margaret Fuller Corneille
Office of Lawyer Registration