IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MARTINEZ and MICHAEL CABRERA, individually and as representatives of the Class,<br><br>Plaintiffs,<br><br>v.<br><br>PPG INDUSTRIES, INC.,<br><br>Defendant. | Civil Action No. 2:16-CV-01230-DSC<br><br>David Stewart Cercone |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ALISON S. HIGHTOWER**

Alison S. Hightower, undersigned counsel for Defendant PPG Industries, Inc., hereby moves that Alison S. Hightower be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant PPG Industries, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Alison S. Hightower filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                  Respectfully submitted,

                                                  */s/ Alison S. Hightower*
                                                  Alison S. Hightower (CA Bar No. 112429)
                                                  (awaiting admission *pro hac vice*)
                                                   ahightower@littler.com
                                                  **LITTLER MENDELSON, P.C.**
                                                  333 Bush Street, 34th Floor
                                                  San Francisco, California  94104
                                                  415.433.1940
                                                  415.399.8490 (fax)

                                                  Jill M. Weimer (PA ID No. 207509)
                                                   jweimer@littler.com
                                                  **LITTLER MENDELSON, P.C.**
                                                  625 Liberty Avenue, 26th Floor
                                                  Pittsburgh, PA  15222
                                                  412.201.7632
                                                  412.291.3117 (fax)

                                                 Attorneys for Defendant
                                                 PPG Industries, Inc.

Date: August 23, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August 2016, a copy of the foregoing MOTION FOR ADMISSION *PRO HAC VICE* OF ALISON S. HIGHTOWER was filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

> Bruce C. Fox
> Andrew J. Horowitz
> Jeffrey B. Cadle
> Obermayer Rebmann Maxwell & Hippel LLP
> 500 Grant Street, Suite 5240
> Pittsburgh, PA  15219
> bruce.fox@obermayer.com
> andrew.horowitz@obermayer.com
> jeffrey.cadle@obermayer.com

*/s/ Alison S. Hightower*
Alison S. Hightower

Firmwide:142308256.1 034801.2117