IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MARTINEZ and MICHAEL CABRERA, individually and as representatives of the Class,<br><br>Plaintiffs,<br><br>vs.<br><br>PPG INDUSTRIES, INC.,<br><br>Defendant. | Case No.: 2:16-cv-01230-DSC<br><br>Hon. David S. Cercone<br><br>**Electronically Filed** |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ANNA P. PRAKASH

Pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151), Plaintiffs Thomas Martinez and Michael Cabrera, individually and as representatives of the Class, by and though their undersigned counsel, respectfully moves for the admission *pro hac vice* of Anna P. Prakash for the purpose of entering an appearance on behalf of Plaintiffs in the above-captioned case.

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Anna P. Prakash filed herewith.

Respectfully submitted,

NICHOLS KASTER, PLLP

Dated: September 20, 2016

/s/Anna P. Prakash
Anna P. Prakash, MN Bar No. 0351362\*
Brock J. Specht, MN Bar No. 0388343\*
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
aprakash@nka.com
bspecht@nka.com
\**pro hac vice* application pending

1

OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
Bruce C. Fox (Pa. ID No. 42576)
Jeffrey B. Cadle (Pa. ID No. 200045)
Andrew J. Horowitz (Pa. ID No. 311949)
500 Grant Street, Ste. 5240
Pittsburgh, PA 15219
Telephone: (412) 566-1500
Facsimile: (412) 566-1508
bruce.fox@obermayer.com
jeffrey.cadle@obermayer.com
andrew.horowitz@obermayer.com

ATTORNEYS FOR PLAINTIFFS

2

## **CERTIFICATE OF SERVICE**

    I, Anna P. Prakash, hereby certify that on September 20, 2016, I filed the foregoing via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Date:  September 20, 2016            /s/Anna P. Prakash
                                                                Anna P. Prakash