UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------- x
:
**THOMAS MARTINEZ and MICHAEL** :
**CABRERA, individually and as** :
**representatives of the Class,** :
: Civil Action No. 2:16-CV-01230-DSC
*Plaintiffs*, :
: *Electronically Filed*
v. :
:
**PPG INDUSTRIES, INC.,** :
:
*Defendant.* :
:
------------------------------------------------------- x

## MOTION FOR ADMISSION *PRO HAC VICE* OF LAURA L. HO

Laura L. Ho hereby moves for admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs and all others similarly situated pursuant to LCvR 83.2(B).

In support of this Motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Laura L. Ho filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rule.

634040.1

Dated:  November 3, 2016	Respectfully submitted,

              s/ Laura L. Ho
Laura L. Ho (CA Bar No. 173179)
lho@gbdhlegal.com
William C. Jhaveri-Weeks
wjhaveriweeks@gbdhlegal.com
Byron R. Goldstein
brgoldstein@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: 510/763-9800
Fax:510/835-1417

Bruce C. Fox
bruce.fox@obermayer.com
Andrew J. Horowitz
andrew.horowitz@obermayer.com
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
500 Grant Street, Suite 5240
Pittsburgh, PA 15219
Tel: (412) 566-1500

Anna P. Prakash
aprakash@nka.com
Brock J. Specht
bspecht@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 338-4878

Counsel for Plaintiffs and all others similarly situated