UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| THOMAS MARTINEZ and MICHAEL CABRERA, individually and as representatives of the Class, | : <br> : <br> : <br> : <br> : Civil Action No. 2:16-CV-01230-DSC |
| *Plaintiffs*, | : |
| | : *Electronically Filed* |
| v. | : |
| PPG INDUSTRIES, INC., | : |
| *Defendant*. | : |

---

## MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM C. JHAVERI-WEEKS

William C. Jhaveri-Weeks hereby moves for admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs and all others similarly situated pursuant to LCvR 83.2(B).

In support of this Motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of William C. Jhaveri-Weeks filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rule.

634041.1

Dated:  November 3, 2016               Respectfully submitted,

                                       _____s/ William C. Jhaveri-Weeks_____
                                       Laura L. Ho
                                       lho@gbdhlegal.com
                                       William C. Jhaveri-Weeks (CA Bar No. 289984)
                                       wjhaveriweeks@gbdhlegal.com
                                       Byron R. Goldstein
                                       brgoldstein@gbdhlegal.com
                                       GOLDSTEIN, BORGEN, DARDARIAN & HO
                                       300 Lakeside Drive, Suite 1000
                                       Oakland, CA 94612
                                       Tel: 510/763-9800
                                       Fax:510/835-1417

                                       Bruce C. Fox
                                       bruce.fox@obermayer.com
                                       Andrew J. Horowitz
                                       andrew.horowitz@obermayer.com
                                       OBERMAYER REBMANN
                                       MAXWELL & HIPPEL LLP
                                       500 Grant Street, Suite 5240
                                       Pittsburgh, PA 15219
                                       Tel: (412) 566-1500

                                       Anna P. Prakash
                                       aprakash@nka.com
                                       Brock J. Specht
                                       bspecht@nka.com
                                       NICHOLS KASTER, PLLP
                                       4600 IDS Center
                                       80 South Eighth Street
                                       Minneapolis, MN 55402
                                       Tel: (612) 256-3200
                                       Fax: (612) 338-4878

                                       Counsel for Plaintiffs and all others similarly situated

634041.1