UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MARTINEZ and MICHAEL CABRERA, individuals and as representatives of the Class,<br><br>Plaintiffs,<br><br>v.<br><br>PPG INDUSTRIES, INC.,<br><br>Defendants. | **Case No. 2:16-cv-01230-DSC**<br>**Hon. David S. Cercone** |

### PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Thomas Martinez and Michael Cabrera ("Plaintiffs") respectfully move this Court to enter an Order: (1) granting preliminary approval of the Proposed Settlement Agreement ("Settlement") between Plaintiffs and Defendant PPG Industries, Inc; (2) certifying the proposed Settlement Class; (3) designating Plaintiffs as the representatives of the Settlement Class and their attorneys as Class Counsel; (4) approving the form and manner of class notice; and (5) scheduling a final approval hearing. This motion is based on Plaintiffs' accompanying Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement; the contemporaneously-filed declarations of Bruce C. Fox, Brock J. Specht, and Laura L. Ho; the arguments of counsel; and all files, records, and proceedings in this matter.

As a party to the proposed settlement, Defendant does not oppose the relief requested in this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 3, 2017 | *s/ Bruce C. Fox* |

Bruce C. Fox, PA ID No. 42576
bruce.fox@obermayer.com
Jeffrey B. Cadle, PA ID No. 200045
jeffrey.cadle@obermayer.com
**OBERMAYER REBMANN**
**MAXWELL & HIPPEL LLP**
500 Grant Street, Suite 5240
Pittsburgh, PA 15219

Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
**NICHOLS KASTER, PLLP**
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Laura L. Ho, CA ID No. 173179*
lho@gbdhlegal.com
Byron R. Goldstein, CA ID No. 289306*
brgoldstein@gbdhlegal.com
**GOLDSTEIN, BORGEN, DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

*admitted pro hac vice

*Attorneys for Plaintiffs and the*
*Proposed Settlement Class*

1