UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

THOMAS MARTINEZ and MICHAEL
CABRERA, individuals and as
representatives of the Class,

        Plaintiffs,

v.

PPG INDUSTRIES, INC.,

        Defendants.

Case No. 2:16-cv-01230-DSC
Hon. David S. Cercone

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,
EXPENSES, AND SERVICE AWARDS**

Plaintiffs Thomas Martinez and Michael Cabrera ("Plaintiffs") respectfully move this Court to enter an Order: (1) awarding attorneys' fees and expenses to Class Counsel in the amount of $181,000, as provided in the Parties' Settlement Agreement; and (2) awarding service awards of $5,000 to Plaintiff Michael Cabrera and $10,000 to Plaintiffs Thomas Martinez.

This motion is based on Plaintiffs' accompanying Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards; the contemporaneously-filed declarations of Bruce C. Fox, Brock J. Specht, and Laura L. Ho; the arguments of counsel; and all files, records, and proceedings in this matter.

Respectfully submitted,

Dated: January 29, 2018        *s/ Bruce C. Fox*
Bruce C. Fox, PA ID No. 42576
bruce.fox@obermayer.com
Jeffrey B. Cadle, PA ID No. 200045
jeffrey.cadle@obermayer.com
**OBERMAYER REBMANN**
**MAXWELL & HIPPEL LLP**
500 Grant Street, Suite 5240
Pittsburgh, PA 15219

Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
**NICHOLS KASTER, PLLP**
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Laura L. Ho, CA ID No. 173179*
lho@gbdhlegal.com
Byron R. Goldstein, CA ID No. 289306*
brgoldstein@gbdhlegal.com
**GOLDSTEIN, BORGEN, DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

*admitted pro hac vice

*Attorneys for Plaintiffs and the Settlement Class*

1