UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS MARTINEZ** and **MICHAEL CABRERA**, individually and as representatives of the Class, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:16cv1230 **Electronic Filing** |
| **PPG INDUSTRIES, INC.**, | ) ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, <u>EXPENSES, AND SERVICE AWARDS</u>**

This matter came before the Court on Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards (the "Motion"), which was heard on April 19, 2018 (at the same time as Plaintiffs' Motion for Final Approval of Class Action Settlement). The Motion is unopposed by Defendant.

The Court has considered the Motion, the Settlement Agreement that the Court preliminarily approved on December 13, 2017, the other papers submitted in connection with the Motion, the arguments of counsel, the response of the Settlement Class to the Class Notice and Claim Form, and all files, records, and proceedings in this action. Based on the record before the Court, and for the reasons stated in the Plaintiffs' Memorandum in Support of the Motion, the Court finds that there is good cause to approve the Motion in its entirety. Accordingly, the Court hereby approves the requested attorneys' fees and costs in the amount of $181,000, along with a service award to Plaintiff Martinez in the amount of $10,000 and a service award to Plaintiff

1

Cabrera in the amount of $5,000, all as provided by Paragraph 44 of the Parties' Class Action Settlement Agreement and pursuant to Federal Rules of Civil Procedure 23(h) and 54(d)(2).

**IT IS SO ORDERED this 9th day of May, 2018.**

                                              s/David Stewart Cercone
                                              David Stewart Cercone
                                              Senior United States District Judge

cc:    Brock J. Specht, Esquire
        Laura L. Ho, Esquire
        Andrew J. Horowitz, esquire
        Bruce C. Fox, Esquire
        Byron R. Goldstein, Esquire
        Jeffrey B. Cadle, Esquire
        William C. Weeks, Esquire
        Alison S. Hightower, Esquire
        Jill M. Weimer, Esquire
        Rod M. Fliegel, Esquire

        (*Via CM/ECF Electronic Mail*)